### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**GEORGE K. AND PATRICIA A. WILSON,**

     **Plaintiffs,**

**vs.**                                                    **CASE NO.: 3:05cv215/RV/MD**

**COUNTRYWIDE HOME LOAN, INC., and**
**FULL SPECTRUM LENDING, INC.,**
     **Defendants.**

_____

### O R D E R

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 7, 2005.  The plaintiff  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

     Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now ORDERED as follows:

     The defendants' motion to compel arbitration is GRANTED and the clerk is directed to close this file.

     DONE AND ORDERED this 12th day of August, 2005.


                    /s/ *Roger Vinson*
                    **ROGER VINSON**
                    **SENIOR UNITED STATES DISTRICT JUDGE**